UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                              :

HOLLY DICKSON,                       :

                                :

                      Plaintiff,   :

                              :         26-CV-2014 (VSB)

             -against-         :

                              :           **<u>ORDER</u>**

JOEL FELTY, *et al.*,            :

                              :

                    Defendants.  :

                              :
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        I am in receipt of Plaintiff's motion for a temporary restraining order ("TRO").  (Doc.

11.)  Because I do not intend to convene an *ex parte* proceeding, this motion will be addressed

once service is completed.


SO ORDERED.

Dated:     March 26, 2026
           New York, New York

                                              Vernon S. Broderick
                                            United States District Judge