UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLLY DICKSON,

                                    Plaintiff,

            -v-                                          CIVIL ACTION NO. 26 Civ. 2014 (VSB) (SLC)

                                                        **ORDER**

JOEL FELTY, et al.,

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's proofs of service of the summons and complaint (Dkt. No. 1 (the "Complaint," together with the summons, the "S&C").[1] (Dkt. Nos. 14–19 (the "Proofs of Service")).  Among the Proofs of the Service, Plaintiff filed a Proof of Service of the S&C on Geauga County Public Defender.  (Dkt. No. 23).  Geauga County Public Defender, however, is not named as a Defendant in this action.  (Dkt. No. 1).  The Court reminds Plaintiff that service on a party that is not named as a Defendant has no effect and does not make that party a Defendant. (Dkt. No. 20 at 2 n.2).  Geauga County Public Defender is not required to take any action in response to the S&C.

Given that this is the second time Ms. Dickson has purported to "serve" the S&C on a party whom she has not named as a Defendant in this action, (see Dkt. No. 20 at 2 n.2), Ms. Dickson is warned that if she continues to "serve" the S&C on non-parties in this case, she may be subject to sanctions for violating Court orders.

---

[1] Unless otherwise stated, all capitalized terms shall have the same meaning as stated in the Court's Opinion and Order, dated April 9, 2026.  (Dkt. No. 20).

The Clerk of the Court is respectfully directed to:

1.  Remove Geauga County Public Defender as a defendant on the docket; and

2.  Mail a copy of this Order to Geauga County Public Defender at 211 Main Street, Chardon, OH 44024.

Dated:      New York, New York
            April 13, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**