IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOLLY DICKSON,

                    Plaintiff,

        v.

JOEL FELTY, et al.,

                    Defendants.

The Court is in receipt of the request to require Plaintiff Holly Dickson ("Ms. Dickson") to perfect service on Defendants Benjamin Grant Chojnacki ("Chojnacki") and Judge David L. Fuhry ("Fuhry").  (Dkt. No. 421 (the "Request")).  The Request is **GRANTED**.  To the extent the Court's Order at Dkt. No. 386 does not already require Ms. Dickson to perfect service on Chojnacki and Fuhry, Ms. Dickson shall perfect service on those Defendants, or file a notice of voluntary dismissal ("NoD") as to those Defendants, by **July 10, 2026**.  Ms. Dickson is warned that failure to perfect service or file a NoD as to Chojnacki and Fuhry, along with all the unserved Defendants referenced in the Court's Order at Dkt. No. 386, by **July 10, 2026**, will result in the Court recommending that Ms. Dickson's claims against all unserved Defendants be dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to close Dkt. No. 421.

SO ORDERED.    June 22, 2026

SARAH L. CAVE
United States Magistrate Judge

## MOTION TO MODIFY ORDER [361] AND NOTICE OF NON-SERVICE

NOW COME Defendants City of Chardon, Judge Terri Stupica, Judith Thrasher, Tracey Fronk, Victoria Dailey and unserved Defendants Judge David L. Fuhry, and Benjamin Grant Chojnacki, by and through undersigned counsel, and state that on June 4, 2026 this Honorable Court ordered Plaintiff to report on status and perfect service of all unserved Defendants on threat of dismissal pursuant to Civ. R. 4(m).  (ECF No. 361) On June 5, 2025, Plaintiff filed a status report reflecting completed service on Defendant Chojnacki and "retired" for Defendant Judge Fuhry, as well as the status of several other Defendants.  (ECF No. 371)  In response, this Honorable Court ordered Plaintiff to file proof of service or a dismissal on the  Defendants identified in the June 10, 2026 Order (ECF No. 386).

Respectfully, Plaintiff has not perfected service on Defendant Chojnacki.  Docket No. 38 reflects **non-service** by a process server on Mr. Chojnacki.  In Plaintiff's status report (ECF No. 371), Plaintiff indicates service was perfected on Mr. Chojnacki in Docket No. 161 (ECF No. 371 Ex A) and in Docket No. 38 and 46 (ECF No. 371, Ex. B).  Docket No. 161 is service to the City of Chardon.  Docket No. 46 is service to Defendant Flaiz.

Plaintiff likewise has not perfected service on Defendant Fuhry.  Plaintiff's status report indicates that Judge Fuhry is retired and cites to an unidentified affidavit, as well as Docket No. 41. (ECF No. 371, Ex. B) Docket No. 41 reflects **non-service** by process server on Defendant Judge Fuhry.

Undersigned counsel has exchanged several communications with Plaintiff regarding service on these Defendants.  In this communication Plaintiff has asserted that service is reflected in Docket Nos. 15 and 23.  Docket No. 15 appears to have been stricken from the record, and Docket No. 23 does not pertain to these Defendants.  On June 10, 2026, undersigned counsel contacted Plaintiff and asked her to amend her status report to accurately reflect service.  Plaintiff has not responded to date.

WHEREFORE, Defendants Chojnacki and Fuhry ask to be included in this Honorable Court's Orders requiring Plaintiff to perfect service or dismiss.

Dated: June 18, 2026

Respectfully submitted,

MARSHALL DENNEHEY P.C.

By:_____
JILLIAN L. DINEHART (0086993)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone:  (216) 912-3823
Fax:  (216) 344-9006
Email:  jldinehart@mdwcg.com

By:_____
ISABEL F. THELAN
88 Pine Street, 29th Floor
New York, New York 10005-1801
Phone:  (212) 376-6400
Fax:  (212) 376-6490
Email:  ifthelen@mdwcg.com

*Counsel for Defendants City of Chardon, Judge Terri Stupica, Judith Thrasher, Tracey Fronk, Victoria Dailey and unserved Defendants Judge David L. Fuhry, and Benjamin Grant Chojnacki*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and as follows:

HOLLY DICKSON
12978 Dorothy Drive
Chesterland, Ohio 44026
h1dickson@verizon.net
*Plaintiff, pro se*


MARSHALL DENNEHEY P.C.

By: _____
JILLIAN L. DINEHART (0086993)
*Counsel for Defendants City of Chardon, Judge Terri Stupica, Judith Thrasher, Tracey Fronk, Victoria Dailey and unserved Defendants Judge David L. Fuhry, and Benjamin Grant Chojnacki*

3